No. 10-9653. Cedrick Lamont Hood, Petitioner v. United States.

563 U.S. 954, 131 S. Ct. 2138, 179 L. Ed. 2d 924, 2011 U.S. LEXIS 2859.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 628 F.3d 669.

No. 10-9656. Ronald Lee Wilson, Petitioner v. United States.

563 U.S. 954, 131 S. Ct. 2138, 179 L. Ed. 2d 924, 2011 U.S. LEXIS 2894.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 401 Fed. Appx. 760.

No. 10-9657. Rodney E. Tucker, Petitioner v. United States.

563 U.S. 954, 131 S. Ct. 2138, 179 L. Ed. 2d 924, 2011 U.S. LEXIS 2833.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 402 Fed. Appx. 499.

No. 10-9661. Jeffrey Gray, Petitioner v. United States.

563 U.S. 954, 131 S. Ct. 2138, 179 L. Ed. 2d 924, 2011 U.S. LEXIS 2964,

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 395 Fed. Appx. 896.

No. 10-9669. Balmes Manuel Arias, Petitioner v. United States.

563 U.S. 954, 131 S. Ct. 2139, 179 L. Ed. 2d 924, 2011 U.S. LEXIS 2935.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 403 Fed. Appx. 610.

No. 10-9671. Kevin Wayne Blevins, Petitioner v. United States.

563 U.S. 954, 131 S. Ct. 2139, 179 L. Ed. 2d 924, 2011 U.S. LEXIS 2887.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-9672. Nezzy Adderly, Petitioner v. United States.

563 U.S. 954, 131 S. Ct. 2139, 179 L. Ed. 2d 924, 2011 U.S. LEXIS 2975.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-9674. James Corley, Petitioner v. United States.

563 U.S. 954, 131 S. Ct. 2139, 179 L. Ed. 2d 924, 2011 U.S. LEXIS 2891.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 406 Fed. Appx. 342.